COPY

1   David N. Tarlow (SBN 214050)
      dtarlow@ecjlaw.com
2   Jeffrey R. Glassman (SBN 216898)
      jglassman@ecjlaw.com
3   Russell M. Selmont (SBN 252522)
      rselmont@ecjlaw.com
4   **ERVIN COHEN & JESSUP LLP**
    9401 Wilshire Boulevard, Ninth Floor
5   Beverly Hills, California 90212-2974
    Telephone  (310) 273-6333
6   Facsimile  (310) 859-2325

7   Attorneys for LAMBERT CORP., a California corporation

8

9                    **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11
    LAMBERT CORP., a California          Case No.   **CV13- 00778 (AS (JCx)**
12  corporation,
                                         **COMPLAINT FOR:**
13             Plaintiff,
                                         **1)  COPYRIGHT**
14        v.                             **INFRINGEMENT;**
                                         **2)  COMMON LAW TRADEMARK**
15  LBJC, Inc., a California corporation **INFRINGEMENT;**
    doing business as "LAGUNA BEACH      **3)  UNFAIR COMPETITION;**
16  JEAN CO."; STEVE KIM, an             **4)  CALIFORNIA COMMON LAW**
    individual; CHRISTIE KIM, an         **UNFAIR COMPETITION;**
17  individual; and DOES 1 through 10,   **5)  DECLARATORY RELIEF.**

18             Defendants.

19

20                                       **JURY TRIAL DEMANDED**

21

22        Plaintiff LAMBERT CORP., a California corporation, complains of

23  Defendants LBJC, Inc., a California corporation doing business as "LAGUNA

24  BEACH JEAN CO.," STEVE KIM and CHRISTIE KIM as follows:

25        1.    Plaintiff LAMBERT CORP. ("Lambert") is a corporation organized

26  and existing pursuant to the laws of the State of California, with its principal place

27  of business  located in the County of Los Angeles, State of California.  Lambert

28  originally was named Joystick, Inc., a California corporation.  Joystick, Inc.

ERVIN COHEN & JESSUP LLP

13654.16:1741986.1

COMPLAINT

1  ("Joystick") changed its name to Lambert via an Amendment to Articles of

2  Incorporation dated March 9, 2007.  (Lambert Corp. and Joystick shall collectively

3  be referred to as "Lambert" herein).  Lambert is a clothing designer.

4       2.    Plaintiff is informed and believes and thereon alleges that Defendant

5  LBJC, Inc., a California corporation ("LBJC") doing business as "LAGUNA

6  BEACH JEAN CO." is a corporation organized and existing pursuant to the laws of

7  the State of California, with its principal place of business located in the County of

8  Los Angeles, State of California.  Plaintiff is informed and believes and thereon

9  alleges that LBJC is the successor in interest to JLJ, Inc. ("JLJ"), a dissolved

10  California corporation.  Plaintiff is informed and believes and thereon alleges that

11  LBJC is a designer clothing designer, manufacturer and retailer.

12      3.    Plaintiff is informed and believes and thereon alleges that Defendant

13  STEVE KIM ("Steve"), an individual, is a resident of the County of Los Angeles,

14  State of California.  Plaintiff is further informed and believes and thereon alleges

15  that Steve is a married to Defendant CHRISTIE KIM ("Christie").  Plaintiff is

16  further informed and believes and thereon alleges that Steve and Christie are the

17  majority, if not sole owners of LBJC, and were the majority, if not sole owners of

18  JLJ.

19      4.    Plaintiff is informed and believes and thereon alleges that Defendant

20  Christie, an individual, is a resident of the County of Los Angeles, State of

21  California.

22      5.    Plaintiff is informed and believes and thereon alleges that Defendants

23  Steve and Christie are officers, directors and shareholders of LBJC.  Plaintiff is

24  further informed and believes and thereon alleges that Steve and Christie: a) allowed

25  for the undercapitalization and/or mismanagement of LBJC, such that it could not

26  meet anticipated obligations to creditors; b) comingled their funds and other assets

27  with those of LBJC; c) treated the assets of the LBJC as their own; d) held out to the

28  public at large that they were personally responsible for the debts of the LBJC; e)

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

1  failed to maintain minutes or adequate corporate records of LBJC;  f) utilized LBJC

2  as a mere shell, instrumentality or conduit for the purpose of defrauding creditors; g)

3  intentionally caused LBJC to be used as a conduit to engage in acts of copyright

4  infringement; and h) disregarded legal formalities and failed to maintain arm's

5  length relationships between the corporation, on the one hand, and Steve and

6  Christie on the other hand.  Thus, Steve and Christie are the alter egos of LBJC, the

7  corporate entity of LBJC should be disregarded and Steve and Christie  should be

8  held personally, jointly and severally liable for the acts and liabilities of LBJC as

9  alleged herein.

10       6.     Plaintiff is informed and believes and thereon alleges that the

11  individuals and/or entities designated herein as DOES 1 through 10 are the agents

12  and/or representatives of the named Defendants herein, and each of them, and in

13  doing the acts complained of herein, acted in their capacities as agents,

14  representatives and or co-conspirators of the named Defendants, thereby making

15  them a part of this action.  As soon as the specific names and capacities of the DOE

16  Defendants are ascertained, this Complaint will be amended to reflect same.

17                    **JURISDICTION AND VENUE**

18       7.     The Court has personal jurisdiction over the Defendants by virtue of the

19  fact that the Defendants reside within the Central District of California.

20       8.     The Court has subject matter jurisdiction over this action pursuant to 28

21  U.S.C. § 1331 (Federal Question), 28 U.S.C. § 1338(a) and (b) (the Copyright Act)

22  and supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §

23  1367.  The Court also has federal jurisdiction under 28 U.S.C. § 2201 (the

24  Declaratory Judgment Act).

25       9.     Venue is proper in this District pursuant to 28 U.S.C. §§1391(b)-(d),

26  and 1400(a) and 18 U.S.C. §1965.

27                    **STATEMENT OF FACTS**

28       10.    In the year 2004, Lambert created the "Boy Skull" design ("the

13654.16:1741986.1

Design") which is a stylized graphic drawing of a skull with tattoos on the face of the skull and flowers next to both the right and left jaw line of the skull. At the time that Lambert created the Design, same was fixed in a tangible medium of expression.

11. In February, 2005 and September, 2005, Lambert was an exhibitor at the ENK Coterie New York tradeshow, which is an international fashion exhibition. In Lambert's booth, Lambert exhibited t-shirts, tank tops and jackets bearing the Design.

12. In February, 2006 and September, 2006, Lambert was again an exhibitor at the ENK Coterie New York tradeshow. In Lambert's booth, Lambert gave away catalogs of its clothing line. The catalog contained the photographs of the Design.

13. Plaintiff is informed and believes and thereon alleges that Defendants were either present at one of the ENK Coterie New York tradeshows in February or September of 2005 or 2006 whereby they saw the Design, or saw the Design through pictures taken of same at the tradeshow.

14. On October 24, 2005, Lambert registered the Design with the Register of Copyrights. The Certificate of Registration bears the number VA1-341-369. A true and correct copy of the Certificate of Copyright reflecting same is attached hereto as Exhibit "A" for identification. A true and correct copy of the Copy of Deposit for Copyright Registration No. VA1-341-369 is attached hereto as Exhibit "B."

15. Plaintiff is informed and believes and thereon alleges that on or about April 12, 2008, Defendant Steve filed an application to register a trademark of Plaintiff's Design with the U.S. Patent and Trademark Office. Pursuant to said application, Steve falsely stated that the date which the Design was first used in commerce was October 8, 2007.

16. Plaintiff is informed and believes and thereon alleges that Steve

ERVIN COHEN & JESSUP LLP

1 | registered a Trademark to the Design with the U.S. Patent and Trademark Office on

2 | March 10, 2009, bearing Serial No.: 77446807.  A true and correct copy of a

3 | printout of the Trademark Registration Search for Serial No.: 77446807 is attached

4 | hereto as Exhibit "C."

5 |       17.    Within the three (3) years last past, Plaintiff has learned that LBJC was

6 | reproducing, displaying and distributing copies of the Design on articles of clothing

7 | and accessories, including, but not limited to jeans, shirts and sweatshirts,

8 | manufactured for, or by, LBJC, and sold by LBJC in its stores and to other retailers.

9 | Unless enjoined and restrained, Defendants' conduct threatens to further infringe

10 | Plaintiff's copyright interests.

**FIRST CLAIM**

**(Copyright Infringement- 17 U.S.C. § 502 *et. seq.* Against All Defendants)**

13 |       18.    Plaintiff incorporates herein by reference all of the allegations

14 | contained in Paragraphs 1 through 17, inclusive.

15 |       19.    Plaintiff is the registered copyright owner of the Design.

16 |       20.    At no time has Plaintiff authorized Defendants, and each of them, to

17 | reproduce, adapt, distribute or prepare derivative works of the Design.

18 |       21.    Plaintiff is informed and believes and thereon alleges that beginning in

19 | at least 2007 and continuing the present, Defendant has reproduced and distributed

20 | copies of the Design on articles of clothing and accessories manufactured for, or by,

21 | LBJC, and sold by LBJC, including, but not limited to jeans, shirts and sweatshirts,

22 | thereby infringing on Plaintiff's copyrights to the Design.

23 |       22.    By reason of Defendants' and each of their infringement and threatened

24 | infringement, Plaintiff has sustained, and will continue to sustain, substantial injury,

25 | loss and damage to its ownership rights in the copyrighted work.

26 |       23.    Further irreparable harm to Plaintiff is imminent as a result of

27 | Defendants', and each of their, conduct, and Plaintiff is without an adequate remedy

28 | at law.  Plaintiff is entitled to an injunction restraining Defendants, and each of

ERVIN COHEN & JESSUP LLP

13654.16:1741986.1

1 | them, their officers, directors, agents, employees, representatives and all persons
2 | acting in concert with them from engaging in further such acts of copyright
3 | infringement.

4 | 24.   Plaintiff is also entitled to recover from Defendants the damages
5 | sustained by Plaintiff as a result of Defendants' acts of copyright infringement.
6 | Plaintiffs are at present unable to ascertain the full extent of the monetary damages it
7 | has suffered by reason of Defendants' acts of copyright infringement, but Plaintiff is
8 | informed and believes and on that basis alleges, that Plaintiff has sustained damages
9 | in an amount exceeding $5,000,000.00.

10 | 25.   Plaintiff is further entitled to recover from Defendants the gain profit
11 | and advantages they have obtained as a result of their acts of copyright
12 | infringement.  Plaintiff is at present unable to ascertain the full extent of the gains,
13 | profits and advantages Defendants have obtained by reason of their acts of copyright
14 | infringement, but Plaintiff is informed and believes, and on that basis alleges that
15 | Defendants have obtained such gains, profits and advantages in an amount
16 | exceeding $5,000,000.00.

**SECOND CLAIM**

**(Violation of 15 United States Code §1125(a) et seq Common Law**

**Trademark Infringement Against All Defendants)**

20 | 26.   Plaintiff repeats each and every allegation set forth in paragraphs 1
21 | through 17 above.

22 | 27.   The Design as described above, has been extensively used and
23 | promoted through the United States in connection with Lambert's clothing design
24 | business.

25 | 28.   Lambert's Common Law Trademark is inherently distinctive. As a
26 | result of Lambert's prior use and promotion of Lambert's Common Law Trademark,
27 | the trademark has become well and favorably known throughout the United States.
28 | Lambert's Common Law Trademark has developed exceedingly valuable goodwill.

13654.16:1741986.1

6

COMPLAINT

ERVIN COHEN & JESSUP LLP

29.    Defendants have knowingly, willfully and intentionally created, advertised, promoted, displayed, offered for sale and/or sold clothing products and accessories bearing identical, nearly identical and/or confusingly similar copies of the Design.

30.    Defendant's use of the Design on the infringing products, advertisements and websites has caused confusion in the market and is likely to cause further confusion amongst members of the relevant public and trade, *i.e.*, to believe that Defendants' products are provided by, or in affiliation with, or under the sponsorship or approval of Lambert.

31.    Defendants, and each of them, willfully selected, adopted and/or used the Design on the infringing clothing products and accessories with knowledge of Lambert's valuable goodwill and business reputation associated therewith, and with intent to confuse, mislead and deceive the public into believing the infringing clothing products and accessories are associated with, manufactured by, sold approved, sponsored or endorsed by Lambert.

32.    The confusion, mistake or deception referred to above arises out of acts alleged above which constitute common law trademark infringement and false designation of origin as that phrase is used in 15 U.S.C § 1125 (a).

33.    Unless restrained by this Court, Defendants will continue to infringe Lambert's Common Law Trademark by their use on the infringing products, advertisements and websites.

34.    By its wrongful acts, Defendants, unless restrained by this Court, will cause serious and irreparable harm to Lambert.

35.    Lambert has no adequate remedy at law.

### THIRD CLAIM

### (Unfair Competition – Cal. Bus. & Prof. Code § 17200 *et seq.* Against All Defendants)

36.    Plaintiff realleges and incorporates by this reference each and every

ERVIN COHEN & JESSUP LLP

1    allegation set forth in paragraphs 1 through 17, inclusive.

2      37.    The acts and conduct of Defendants as alleged above in this Complaint

3    constitute unfair, unlawful and/or fraudulent practices as defined by California Bus.

4    & Prof. Code § 17200, *et seq.*

5      38.    The acts and conduct of Defendants are likely to cause confusion and

6    mistake among customers and the public as to the origin or association of

7    Defendants' infringing clothing and accessories which bear the Design.  The acts

8    and conduct of Defendants are likely to lead the public to conclude, incorrectly, that

9    the infringing products reproduced and distributed by Defendants originate with, are

10    sponsored by, or are authorized by Lambert, all to the damage and harm of Lambert.

11      39.    As a result, Defendants should be required to disgorge any profit or

12    gain that it obtained as a result of its wrongful activity, and be enjoined from

13    infringing on Lambert's copyrights.

14                    **FOURTH CLAIM**

15    **(California Common Law Unfair Competition Against All Defendants)**

16      40.    Plaintiff realleges and incorporates by this reference each and every

17    allegation set forth in paragraphs 1 through 17, inclusive.

18      41.    The acts and conduct of Defendants as alleged above in this Complaint

19    constitute unfair competition pursuant to the common law of California.

20      42.    Defendants' conduct as alleged above has damaged and will continue

21    to damage Lambert's goodwill and reputation and has resulted in losses to Lambert

22    and an illicit gain of profit to Defendants in an amount unknown at the present time.

23                    **FIFTH CLAIM**

24    **(Declaratory Relief- Cancellation of Trademark Against All Defendants)**

25      43.    Plaintiff incorporates herein by reference all of the allegations

26    contained in Paragraphs 1 through 17, inclusive.

27      44.    A controversy has arisen with respect to the Design.  Plaintiff believes

28    that it is the registered copyright owner of the Design and that Defendant's

1 reproduction and distribution of clothing and accessories bearing the Design, as well
2 as Defendant's act of registering a trademark of the Design with the Patent and
3 Trademark Office constitute copyright infringement of Plaintiff's copyright.
4 Moreover, it is Plaintiff's position that the trademark to the Design obtained by
5 Defendant was fraudulently obtained, as Defendant falsely stated to the Patent and
6 Trademark Office that the Design was first used by Defendants in commerce on
7 October 8, 2007, when in fact it was first used by Plaintiff back in February of 2005.
8 Accordingly, the trademark should be cancelled.  Plaintiff is informed and believes
9 and thereon alleges that Defendant's position is that it is the trademark registrant of
10 the Design, and that it is entitled to use same in commerce.

11    45.    A declaration by the Court is needed to determine the rights and
12 obligations of the parties.

### PRAYER FOR RELIEF

14    WHEREFORE, Plaintiff requests judgment against Defendants as follows:
15    1.    The Defendants, their officers, agents, servants, employees,
16 representatives, and attorneys, and all person in active concert or participation with
17 them, be permanently enjoined from designing, copying, reproducing, displaying,
18 promoting, advertising, distributing, or selling, or any other form of dealing or
19 transaction in, any and all clothing, apparel, accessories, advertising and
20 promotional materials, print media, signs, Internet websites, or any other media,
21 either now known or hereafter devised, bearing any design or mark which infringe,
22 contributorily infringe, or vicariously infringe upon the Design.
23    2.    Defendants be held liable to Plaintiff in statutory damages for copyright
24 infringement, including willful infringement, in accordance with 17 U.S.C. §§
25 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17
26 U.S.C. § 505.
27    3.    An accounting be made for all profits, income, receipts or other benefit
28 derived by Defendants from the reproduction, copying, display, promotion,

ERVIN COHEN & JESSUP LLP

13654.16:1741986.1

9

COMPLAINT

1  distribution or sale of products, clothing or accessories, either now known or
2  hereafter devised, that improperly or unlawfully infringe upon Plaintiff's copyrights
3  to the Design pursuant to 17 U.S.C. §§ 504 (a)(1)& (b).

4      4.    Requiring Defendants to account for and pay over to Plaintiff all profits
5  derived by Defendants from their acts of copyright infringement and to reimburse
6  Plaintiff for all damages suffered by Plaintiff by reasons of Defendants' acts,
7  pursuant to 17 U.S.C. §§ 504 (a)(l)& (b).

8      5.    Actual damages for copyright infringement pursuant to 17 U.S.C. §§
9  504 (a)(1) & (b) in an amount to be proven at trial, but believed to be in excess of
10 $5,000,000.00.

11     6.    For Plaintiff's actual damages along with the Defendants' gains, profits,
12 and advantages attributable to their unlawful conduct of false designation of origin,
13 unfair competition, and common law trademark infringement according to proof to
14 be proved at trial, and that such liability be decreed jointly and severally against all
15 Defendants.

16     7.    For injunctive relief ordering Defendants to cease any and all further
17 acts of infringement under the Lanham Act and/or unfair competition.

18     8.    For an order cancelling Defendant's trademark registration which bears
19 Serial No.: 77446807

20     9.    For Plaintiffs attorneys' fees and costs of this action.

21     10.   For punitive and exemplary damages.

22     11.   For any such other and further relief as the Court may deem just and
23 appropriate, including pre-and post-judgment interest.

24
25
26
27
28

ERVIN COHEN & JESSUP LLP

DATED: February 1, 2013             ERVIN COHEN & JESSUP LLP
                                        David N. Tarlow
                                        Jeffrey R. Glassman
                                        Russell M. Selmont


                                    By: _David N. Tarlow_____
                                        David N. Tarlow
                                        Attorneys for LAMBERT CORP., a
                                        California corporation

## DEMAND FOR JURY TRIAL

    Plaintiff hereby demands a jury trial for each and every cause of action set forth in the Complaint.

DATED: February 1, 2013             ERVIN COHEN & JESSUP LLP
                                        David N. Tarlow
                                        Jeffrey R. Glassman
                                        Russell M. Selmont


                                    By: _David N. Tarlow_____
                                        David N. Tarlow
                                        Attorneys for LAMBERT CORP., a
                                        California corporation

ERVIN COHEN & JESSUP LLP

**EXHIBIT A**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1–341–369**

EFFECTIVE DATE OF REGISTRATION

**OCT 24 2005**
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**Title of This Work ▼**

BOY SKULL

**NATURE OF THIS WORK ▼** See instructions

Drawing or Design

**Previous or Alternative Titles ▼**

N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

N/A

If published in a periodical or serial give   Volume ▼      Number ▼         Issue Date ▼         On Pages ▼

**NAME OF AUTHOR ▼**

JOYSTICK INC

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼
N/A            N/A

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**Author s Nationality or Domicile**
Name of Country
OR { Citizen of   United States
Domiciled in   United States

**Was This Author s Contribution to the Work**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map          ☐ Technical drawing
☑ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**Author s Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author s Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Year in Which Creation of This Work Was Completed**
2004
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month January   Day 5   Year 2005
United States of America                    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space ▼

JOYSTICK, INC   639 S Spring Street #5A  Los Angeles  CA  90014
Attn  Judi Lambert

APPLICATION RECEIVED
OCT 24 2005
ONE DEPOSIT RECEIVED
OCT 24 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

N/A

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼            Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

N/A

See instructions
before completing
this space

b **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                              Account Number ▼

N/A                                                 N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Crystal A  Zarpas  Esq   MANN & ZARPAS  LLP
15233 Ventura Blvd   Suite 714  Sherman Oaks  CA  91403

Area code and daytime telephone number    ( 818 ) 789 0510            Fax number      ( 818 ) 789 0518

Email  czarpas@mannzarpas com

**CERTIFICATION*** I the undersigned  hereby certify that I am the

check only one ▶  ☑ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☐ authorized agent of _____
                    Name of author  or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

JUDI LAMBERT  ,  President JOYSTICK  INC                          Date  10/14/05

Handwritten signature (X) ▼

X  _____  ,  President

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Crystal A  Zarpas  Esq   MANN & ZARPAS  LLP

Number/Street/Apt ▼
15233 Ventura Blvd   Suite 714

City/State/ZIP ▼
Sherman Oaks  CA  91403

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

Rev August 2003—30 000  Web Rev June 2002  ⊗ Printed on recycled paper

U S Government Printing Office 2003-496-605/60 029





**Form VA**
For a Work of the Visual Arts

**VA 1-341-369**

EFFECTIVE DATE OF REGISTRATION

**OCT 24 2005**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**Title of This Work ▼**
BOY SKULL

**NATURE OF THIS WORK ▼** See instructions
Drawing or Design

**Previous or Alternative Titles ▼**
N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**
N/A

If published in a periodical or serial give   **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

---

**NAME OF AUTHOR ▼**
JOYSTICK  INC

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼
N/A            N/A

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___United States___
     Domiciled in ___United States___

Was This Author's Contribution to the Work
Anonymous?       ☐ Yes  ☑ No    If the answer to either of these questions is
Pseudonymous?    ☐ Yes  ☑ No    "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?       ☐ Yes  ☐ No    If the answer to either of these questions is
Pseudonymous?    ☐ Yes  ☐ No    "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2004  Year  This information must be given In all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published   Month January   Day 5   Year 2005
United States of America                                                                              Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
JOYSTICK, INC   639 S  Spring Street  #5A  Los Angeles  CA  90014
Attn  Judi Lambert

**APPLICATION RECEIVED**
OCT 24 2005
**ONE DEPOSIT RECEIVED**
OCT 24 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
N/A

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼
a.  ☐ This is the first published edition of a work previously registered in unpublished form
b   ☐ This is the first application submitted by this author as copyright claimant
c.  ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼                 Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

N/A

See instructions
before completing
this space

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                               Account Number ▼

N/A                                                  N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Crystal A  Zarpas  Esq    MANN & ZARPAS  LLP
15233 Ventura Blvd   Suite 714  Sherman Oaks  CA  91403

Area code and daytime telephone number    ( 818 ) 789 0510                Fax number    ( 818 ) 789 0518

Email  czarpas@mannzarpas com

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

                                        ☑ author
                                        ☐ other copyright claimant
check only one ▶                        ☐ owner of exclusive right(s)
                                        ☐ authorized agent of _____
                                                              Name of author  or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
JUDI LAMBERT   ,  President  JOYSTICK  INC                              Date  10/14/05

Handwritten signature (X) ▼

X _____  ,  President

Certificate
will be
mailed in
window
envelope
to this
address

Crystal A  Zarpas  Esq   MANN & ZARPAS  LLP

Number/Street/Apt ▼
15233 Ventura Blvd   Suite 714

City/State/ZIP ▼
Sherman Oaks  CA  91403

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  SE
Washington  D C  20559-6000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any writen statement filed in connection
with the application  shall be fined not more than $2 500

Rev  August 2003—30 000  Web Rev  June 2002  🜛 Printed on recycled paper                US Government Printing Office  2003-496-605/60 029

**EXHIBIT B**



# *COPY OF DEPOSIT*

# VA 1-341-369

VA 1-341-369



**EXHIBIT C**

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 12 05:21:28 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Cases for spectacles and sunglasses; Chains for spectacles and for sunglasses; Spectacles and sunglasses; Sunglasses; Sunglasses and spectacles. FIRST USE: 20071008. FIRST USE IN COMMERCE: 20071008 |
|---|---|
| | IC 014. US 002 027 028 050. G & S: Rings; Rings; Rings being jewelry; Jewelry chains; Bracelets; Bracelets. FIRST USE: 20071008. FIRST USE IN COMMERCE: 20071008 |
| | IC 018. US 001 002 003 022 041. G & S: Handbags, purses and wallets; Pocket wallets; Purses and wallets; Wallets. FIRST USE: 20071008. FIRST USE IN COMMERCE: 20071008 |
| | IC 025. US 022 039. G & S: Jeans; Denims; Pants; Short-sleeved or long-sleeved t-shirts; T-shirts; Sweat shirts; Hats; Baseball caps; Caps; Waist belts; Belts; Belts made of leather; Belts of textile; Fabric belts; Leather belts; Shoes; Wristbands. FIRST USE: 20071008. FIRST USE IN COMMERCE: 20071008 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.11.01 - Hearts excluding hearts as carriers or depicted on playing cards<br>02.11.10 - Bones, human; Human skeletons, parts of skeletons, bones, skulls; Skulls, human |
| **Trademark Search Facility Classification Code** | ART-16.03 Photography; cinematography; optics<br>GROT-HUM Exaggerated depiction of a human<br>HUM Accurate representation of a human form, or any portion of a human form<br>SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-HEARTS Heart shaped design<br>SHAPES-MISC Miscellaneous shaped designs<br>VEG Plant life such as trees,flowers,fruits,grains,nuts,wreaths,and leaves |
| **Serial Number** | 77446807 |

| | |
|---|---|
| **Filing Date** | April 12, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 23, 2008 |
| **Registration Number** | 3585825 |
| **Registration Date** | March 10, 2009 |
| **Owner** | (REGISTRANT) Steve Kim INDIVIDUAL UNITED STATES 663 East 22nd Street Los Angeles CALIFORNIA 90011 |
| **Attorney of Record** | Henry C. Wong |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS   (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| LAMBERT CORP., a California corporation | LBJC, INC., a California corporation doing business as "LAGUNA BEACH JEAN CO."; STEVE KIM, an individual; CHRISTIE KIM, an individual; AND DOES 1 through 10, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| David N. Tarlow<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212<br>(310) 273-6222 | |

| II. BASIS OF JURISDICTION (Place an X in one box only.) | III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.) | | | | |
|---|---|---|---|---|---|
| | | PTF | DEF | | PTF DEF |
| ☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 ☐ 4 |
| ☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 ☐ 5 |
| | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 5,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. 502 et. seq.- Copyright Infringement. 15 U.S.C. 1125(a) et. seq.  Common Law Trademark Infringement.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | IMMIGRATION | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV13-00778

**FOR OFFICE USE ONLY:**  Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|
| | | CCD-JS44 |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes

If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No  [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.   VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

**X.   SIGNATURE OF ATTORNEY (OR PRO PER):** _David N. Tarlow_   Date _2/1/2013_

David N. Tarlow

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV13- 778 CAS (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.