Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Defendants*
*LBJC, Inc., Steve Kim, and Christine Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT CORP., a California Corporation,<br><br>             Plaintiff,<br><br>        vs.<br><br>LBJC, INC., a California Corporation, et al.,<br><br>             Defendants. | CASE NO. CV 13-00778 CAS (JCGx)<br><br>**DEFENDANTS' ANSWER TO COMPLAINT** |

Defendants LBJC, Inc., Steve Kim, and Christine Kim (collectively "Defendants") file this Answer in response to the Plaintiff Lambert Corp.'s Complaint for damages:

1.   With respect to the allegations contained in Paragraph 1 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

2.   With respect to the allegations contained in Paragraph 2 of the Complaint, Defendants admit that LBCJ, Inc. ("LBCJ"), formerly JLJ, Inc., is a corporation organized and existing pursuant to the laws of California.

3. With respect to the allegations contained in Paragraph 3 of the Complaint, Defendants admit that Defendants Steve Kim and Christine Kim are married, but deny the remainder of the allegations contained therein.

4. With respect to the allegations contained in Paragraph 4 of the Complaint, Defendants deny the allegations contained therein.

5. With respect to the allegations contained in Paragraph 5 of the Complaint, Defendants deny the allegations contained therein.

6. With respect to the allegations contained in Paragraph 6 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

## JURISDICTION AND VENUE

7. With respect to the allegations contained in Paragraph 7 of the Complaint, Defendants admit that this Court has personal jurisdiction over Defendants.

8. With respect to the allegations contained in Paragraph 8 of the Complaint, Defendants admit that this Court has subject matter jurisdiction over the claims alleged.

9. With respect to the allegations contained in Paragraph 9 of the Complaint, Defendants admit venue is proper in this judicial district.

## STATEMENT OF FACTS

10. With respect to the allegations contained in Paragraph 10 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

11. With respect to the allegations contained in Paragraph 11 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

12. With respect to the allegations contained in Paragraph 12 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

13. With respect to the allegations contained in Paragraph 13 of the Complaint, Defendants deny the allegations contained within.

14. With respect to the allegations contained in Paragraph 14 of the complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

15. With respect to the allegations contained in Paragraph 15 of the complaint, Defendants admit that Defendant Steve Kim filed an application to register a trademark with the U.S. Patent and Trademark Office, registration number 3,585,825, but deny the remainder of the allegations contained therein.

16. With respect to the allegations contained in Paragraph 16 of the complaint, Defendants admit to the allegations to the extent they are accurately reflected in the trademark registration certificate, as the document speaks for itself.

17. With respect to the allegations contained in Paragraph 17 of the complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

## FIRST CLAIM

**(Copyright Infringement – 17 U.S.C § 502 *et. seq.* Against All Defendants)**

18. With respect to allegations contained in paragraphs 1 through 17, Defendants reallege and reincorporate by reference the averments of the preceding paragraphs as though fully set forth herein.

19. With respect to the allegations contained in Paragraph 19 of the complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

20. With respect to the allegations contained in Paragraph 20 of the complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

21. With respect to the allegations contained in Paragraph 21 of the complaint, Defendants deny the allegations contained therein.

22. With respect to the allegations contained in Paragraph 22 of the complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

23. With respect to the allegations contained in Paragraph 23 of the complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

24. With respect to the allegations contained in Paragraph 24 of the complaint, Defendants deny the allegations contained therein and further deny that Plaintiff is entitled to the requested relief.

25. With respect to the allegations contained in Paragraph 25 of the complaint, Defendants deny the allegations contained therein and further deny that Plaintiff is entitled to the requested relief.

## SECOND CLAIM

**(Violation of 15 United States Code §1125(a) et seq Common Law Trademark Infringement Against All Defendants)**

26. With respect to allegations contained in paragraphs 1 through 17, Defendants reallege and reincorporate by reference the averments of the preceding paragraphs as though fully set forth herein.

27. With respect to the allegations contained in Paragraph 27 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

28. With respect to the allegations contained in Paragraph 28 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

29. With respect to the allegations contained in Paragraph 29 of the Complaint, Defendants deny the allegations contained therein.

30. With respect to the allegations contained in Paragraph 30 of the Complaint, Defendants deny the allegations contained therein.

31. With respect to the allegations contained in Paragraph 31 of the Complaint, Defendants deny the allegations contained therein.

32. With respect to the allegations contained in Paragraph 32 of the Complaint, Defendants deny the allegations contained therein.

33. With respect to the allegations contained in Paragraph 33 of the Complaint, Defendants deny the allegations contained therein.

34. With respect to the allegations contained in Paragraph 34 of the complaint, Defendants deny the allegations contained therein.

35. With respect to the allegations contained in Paragraph 35 of the complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

## THIRD CLAIM

### (Unfair Competition – Cal. Bus. & Prof. Code § 17200 *et seq.* Against All Defendants)

36. With respect to allegations contained in paragraphs 1 through 17, Defendants reallege and reincorporate by reference the averments of the preceding paragraphs as though fully set forth herein.

37. With respect to the allegations contained in Paragraph 37 of the Complaint, Defendants deny the allegations contained therein.

38. With respect to the allegations contained in Paragraph 38 of the Complaint, Defendants deny the allegations contained therein.

39. With respect to the allegations contained in Paragraph 39 of the Complaint, Defendants deny the allegations contained therein and further deny that Plaintiff is entitled to the relief requested.

## FOURTH CLAIM

### (California Common Law Unfair Competition Against All Defendants)

40. With respect to allegations contained in paragraphs 1 through 17, Defendants reallege and reincorporate by reference the averments of the preceding paragraphs as though fully set forth herein.

41. With respect to the allegations contained in Paragraph 41 of the Complaint, Defendants deny the allegations contained therein.

42. With respect to the allegations contained in Paragraph 42 of the Complaint, Defendants are without sufficient information or belief as to the facts alleged in this Paragraph and on that basis deny the allegations contained therein.

## FIFTH CLAIM
### (Declaratory Relief – Cancellation of Trademark Against All Defendants)

43. With respect to allegations contained in paragraphs 1 through 17, Defendants reallege and reincorporate by reference the averments of the preceding paragraphs as though fully set forth herein.

44. With respect to the allegations contained in Paragraph 44 of the Complaint, Defendants admit that there is an actual, justiciable controversy between LBJC, Inc. and Lambert Corp. with respect to the Design as defined in the Complaint, but deny the remainder of the allegations contained therein.

45. With respect to the allegations contained in Paragraph 45 of the Complaint, Defendants deny that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. The Complaint fails to state facts sufficient to constitute a cause of action against all Defendants.

### SECOND AFFIRMATIVE DEFENSE
### (No Trademark Rights)

2. Plaintiff's has no common law trademark rights to the Design in question.

## THIRD AFFIRMATIVE DEFENSE

### (Prior Use of Mark by Defendant)

3. Defendant LBJC, Inc. is the senior user of its registered skull mark. These rights predate any purported trademark rights alleged by Plaintiff as to their Design.

## FOURTH AFFIRMATIVE DEFENSE

### (Non-Infringement)

4. Products produced, distributed, advertised, marketed, offered for sale, and/or sold by Defendants do not infringe upon any of Plaintiff's copyrights and/or purported trademarks.

## FIFTH AFFIRMATIVE DEFENSE

### (Defendant's Registration to Skull Trademark is Valid and Enforceable)

5. Defendant's trademark registration to the Skull Trademark at issue is valid and enforceable.

## SIXTH AFFIRMATIVE DEFENSE

### (Abandonment)

6. On information and belief, Plaintiff abandoned its rights to the Design.

## SEVENTH AFFIRMATIVE DEFENSE

### (Innocent Infringer)

7. Defendants did not discover Plaintiff's alleged ownership of its copyright registration to the Design until after nearly six years of using its Skull Trademark.

## EIGHTH AFFIRMATIVE DEFENSE

### (Copyright Not Original)

8. Plaintiff's Design is not an original work entitled to protection under the Copyright Act.

## NINTH AFFIRMATIVE DEFENSE
### (Copyright Invalid and/or Unenforceable)

9. Plaintiff's Copyright is invalid or unenforceable.

## TENTH AFFIRMATIVE DEFENSE
### (Unreasonable Delay)

10. Plaintiff's unreasonable delay in seeking injunctive relief bars its rights to said relief.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

11. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

## TWELFTH AFFIRAMTIVE DEFENSE
### (Doctrine of Latches)

12. Plaintiff's claims are barred, in whole or in part, by the doctrine of latches.

## THIRTEENTH AFFIRAMTIVE DEFENSE
### (Estoppel)

13. Plaintiff is estopped by reason of its conduct, acts, and omissions from recovering on any claims that they may have had against Defendants.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Waiver)

14. On information and belief, Plaintiff waived its rights to the Design through non-use or by acts that could be construed as relinquishment of Plaintiff's rights under the Copyright Act.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (No Damages)

15. Plaintiff's claims are barred because neither Plaintiff nor anyone else has suffered from the alleged conduct of Defendants.

### SIXTEENTH AFFIRMATIVE DEFENSE

### (No Basis for Attorneys' Fees and Costs)

16. Plaintiff has failed to allege adequate and/or reasonable basis upon which to seek attorneys' fees and costs against Defendants.

### SEVENTEENTH AFFIRMATIVE DEFENSE

### (Inequitable/Against Public Policy)

17. Under the circumstances, holding Defendants responsible for any purported damages allegedly suffered by Plaintiff would be inequitable, unfair, and/or against public policy.

### EIGHTEENTH AFFIRMATIVE DEFENSE

### (Doctrine of Unclean Hands)

18. Plaintiff has unclean hands, and it would be inequitable to grant to Plaintiff any remedies sought by its Complaint.

### NINETEENTH AFFIRMATIVE DEFENSE

### (No Basis for Injunctive Relief)

19. Plaintiff has not set forth sufficient facts to warrant injunctive relief.

20. Defendants reserve the right to allege other affirmative defenses as they may become known during the course of discovery, and hereby specifically reserve the right to amend their Answer to allege said affirmative defenses as such time as they become known.

DATED: March 29, 2013      BLAKELY LAW GROUP

By: /s/ Cindy Chan
Brent H. Blakely
Cindy Chan
*Attorneys for Defendants*
*LBJC, Inc., Steve Kim, and Christine Kim*

# DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants hereby demand a trial by jury as to all claims in this litigation.

DATED: March 29, 2013　　　BLAKELY LAW GROUP

By: /s/ Cindy Chan_____
Brent H. Blakely
Cindy Chan
*Attorneys for Defendants*
*LBJC, Inc., Steve Kim, and Christine Kim*