Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Defendants*
*LBJC, Inc., et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT CORP., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LBJC, Inc, a California corporation doing business as "LAGUNA BEACH JEANS CO."; STEVE KIM, an individual, CHRISTIE KIM, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:13-CV-00778 CAS (JCGx)<br><br>**STIPULATION RE DEFENDANTS' MOTIONS TO COMPEL DEPOSITION OF LAMBERT CORP. AND TO COMPEL FURTHER PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO DOCUMENT REQUESTS AND SPECIAL INTERROGATORIES**<br><br>[DISCOVERY MATTER]<br><br><u>HEARING</u>:<br><br>Date:  Tuesday, December 17, 2013<br>Time:  2:00 p.m.<br>Ctrm.: A - 8th Floor<br><br>Discovery Cut-Off:  02/11/2014<br>Pre-Trial Conference: 04/21/2014<br>Trial Date:  05/20/2014<br><br>**Hon. Jay C. Gandhi** |

WHEREAS on November 19, 2013, subsequent to the parties' L.R. 37-1 conference, Defendants LBJC, Inc., Steve Kim, and Christine Kim (collectively "Defendants" or "LBJC") filed Motions to Compel Further Production of Documents and Further Responses to Requests for Production and Special Interrogatories (Docket

1  No. 31) and to Compel the Deposition of Lambert Corp. (Docket No. 33) (collectively
2  "LBJC's Discovery Motions").  LBJC's Discovery Motions were unilaterally filed by
3  LBJC pursuant to Local Rule 37-2.4.
4          WHEREAS, Plaintiff Lambert Corp. provided its portion of the Joint Stipulation
5  with respect to LBJC's Motion to Compel the Deposition of Lambert Corp. on
6  November 18, 2013.
7          WHEREAS, Plaintiff provided contact information for Hadi Salem to
8  Defendants via e-mail on November 19, 2013.
9          WHEREAS, Plaintiff provided its portion of the Joint Stipulation with respect to
10 LBJC's Motion to Compel Further Production of Documents and Further Responses to
11 Requests for Production and Special Interrogatories on November 20, 2013, without
12 realizing that said motion had already been filed on November 19, 2013.
13         WHEREAS on November 21, 2013, Plaintiff Lambert Corp. unilaterally filed its
14 portions to the Joint Stipulations with respect to both of LBJC's Discovery Motions.
15 In Plaintiff's Contentions with respect to LBJC's Discovery Motions, Plaintiff has
16 agreed to produce Lambert Corp. to be deposed on the following dates - December 17,
17 2013; December 20, 2013; December 30, 2013, January 2, 2014, and January 3, 2014.
18 Furthermore, Plaintiff represented that it would produce supplemental responses and
19 supplement its document production in response to LBJC's Discovery Motions.
20         Based on the foregoing, the parties, through their respective counsel, HEREBY
21 STIPULATE to the following:
22     A.   Plaintiff Lambert Corp. will produce one or more designees to be deposed
23 on its behalf on the topics set forth in LBJC's Amended Deposition Notice, served on
24 October 4, 2013, pursuant to Fed.R.Civ.P. 30(b)(6) on **December 20, 2013**.  Said
25 deposition shall take place at the law office of LBJC's counsel, Blakely Law Group,
26 located at 1334 Parkview Avenue, Suite 280, Manhattan Beach, California 90266.
27     B.   Plaintiff Lambert Corp. shall produce amended and/or supplemental
28 responses to Defendants' First Set of Requests for Production Nos. 1, 2, 3, 4, 6, 5, 7, 8,

9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 24, 25, 26, 27, 29, 31, 32, 33, 34, 44, 45, 46, 47, 48, 49, 51, 52, 53, 57, 58, 59, 60, and 63 as well as responsive documents to these Requests by **December 9, 2013**.  Plaintiff shall confirm in its amended/supplemental responses that a diligent search and reasonable inquiry has been conducted in an effort to locate responsive documents and that said documents are being produced OR that no documents exist, and that no documents are being withheld.  To the extent Plaintiff has more legible copies of any documents which have already been produced and which Defendants contend are illegible, Plaintiff shall reproduce said documents in a more legible form, preferably in color or in native format.  To the extent that Plaintiff is withholding documents pursuant to claims of privilege, a privilege log shall be produced.

     C.    Plaintiff Lambert Corp. shall provide further responses to Defendants' Special Interrogatories Nos. 5, 6, 7, 8, 10, 15, and 20 and provide the contact information of any other witnesses of whose testimony that Plaintiff currently intends to rely in support of its claims in the form of Supplemental Disclosures pursuant to Fed.R.Civ.P. 26(e).

     D.    Plaintiff shall complete it supplemental production and produce any amended/supplemental responses and/or privilege log no later than close of business of **December 9, 2013**.

     E.    The hearing on LBJC's Discovery Motions shall be continued to **January 7, 2014 at 2:00 p.m.** to resolve any outstanding issues on said motions.  Supplemental Memorandums will be provided to the Court in accordance with Local Rule 37-2.3.  If all issues are resolved before then, Defendants will promptly notify the Court.

DATED:   November 26, 2013      BLAKELY LAW GROUP

                             By:   */s/ Cindy Chan*_____
                                   Brent H. Blakely
                                   Cindy Chan
                                   ***Attorneys for Defendants***
                                   ***LBJC, Inc., et al.***

DATED: November 26, 2013    EZRA BRUTZKUS GUBNER LLP

By:  */s/ Jeffrey A. Kobulnick*_____
     Mark Brutzkus
     Jeffrey A. Kobulnick
     ***Attorneys for Plaintiff Lambert Corp.***